# U.S. District Court
## District of Alaska (Anchorage)
## CRIMINAL DOCKET FOR CASE #: 3:18-cr-00095-SLG-DMS-1

Case title: USA v. Schuchman

Date Filed: 08/22/2018

Assigned to: Sharon L. Gleason
Referred to: Deborah M. Smith

**Defendant (1)**

**Kenneth Currin Schuchman**      represented by   **Barry Flegenheimer**
Bell Flegenheimer
119 First Ave., South
Suite 500
Seattle, WA 98104
206-621-8777
Fax: 206-621-1256
Email: barrylfp@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**F. Richard Curtner**
Federal Public Defender's Agency
601 W. 5th Ave., Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: Rich_Curtner@fd.org
*TERMINATED: 08/29/2018*
*Designation: Retained*

**Pending Counts**                                **Disposition**

18:1030(a)(5)(A) FRAUD AND
RELATED ACTIVITY IN
CONNECTION WITH COMPUTERS
(1-2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Adam Alexander**<br>U.S. Attorney's Office (Anch)<br>222 West 7th Avenue, #9<br>Anchorage, AK 99513<br>907-271-5071<br>Fax: 907-271-3224<br>Email: adam.alexander@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney<br><br>**Catherine Alden Pelker**<br>U.S. Attorney's Office (Anch)<br>222 West 7th Avenue, #9<br>Anchorage, AK 99513<br>202-514-1026<br>Fax: 202-514-6113<br>Email: Catherine.Pelker@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2018 | 1 | INDICTMENT COVER SHEET(S) AND SIGNATURES as to Kenneth Currin Schuchman (1) count(s) 1-2. (Attachments: # 1 Criminal Cover Sheet re Defendant Schuchman) (BJK, COURT STAFF) (Entered: 08/23/2018) |
| 08/22/2018 | 2 | INDICTMENT as to Kenneth Currin Schuchman. (BJK, COURT STAFF) (Entered: 08/23/2018) |
| 08/23/2018 | 3 | DMS TEXT ORDER as to Kenneth Currin Schuchman: Arraignment on Indictment/Detention Hearing set for 8/31/2018 at 11:00 AM in Anchorage Courtroom 5 before Deborah M. Smith. (BJK, COURT STAFF) (Entered: 08/23/2018) |

| | | |
|---|---|---|
| 08/27/2018 | 4 | MOTION to Permit Video Teleconference Appearance at Arraignment Hearing re 3 Order, Set Hearings *(Unopposed and filed on Shortened Time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/27/2018) |
| 08/27/2018 | 5 | MOTION to Appoint Counsel *(Unopposed and Filed on Shortened TIme)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Curtner, F.) (Entered: 08/27/2018) |
| 08/28/2018 | 6 | ORDER granting 5 Motion to Appoint Counsel as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 8/28/2018. (ELH, CHAMBERS STAFF) CC: FPD (CJA Administrator) (Entered: 08/28/2018) |
| 08/28/2018 | 7 | ORDER granting 4 Unopposed Motion to Permit Video Teleconference Appearance at Arraignment as to Kenneth Currin Schuchman. Counsel to complete the attached form and return it to the Court as soon as possible. Signed by Judge Deborah M. Smith on 8/28/2018. (Attachments: # 1 Video Conference Contact Sheet) (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 08/28/2018) |
| 08/30/2018 | 8 | PRETRIAL SERVICES REPORT (Sealed) as to Kenneth Currin Schuchman. (Moua, Yang) (Entered: 08/30/2018) |
| 08/31/2018 | 9 | CJA 23 Financial Affidavit by Kenneth Currin Schuchman (Flegenheimer, Barry) (Entered: 08/31/2018) |
| 08/31/2018 | 10 | Minute Entry for proceedings held before Judge Deborah M. Smith: Arraignment on Indictment/ Detention Hearing as to Kenneth Currin Schuchman (1) Count 1-2 held 11:23 a.m. to 11:37 a.m. and 11:44 a.m. to 11:51 p.m. on 8/31/2018. Copy of Indictment given to defendant; summarized. Defendant verified true name: same. Defendant advised of general rights, charges and penalties. Barry Flegenheimer, CJA appointed. FPD notified. Defendant pled not guilty to counts 1 and 2 of the Indictment. Trial dates and deadlines given. Court and counsel heard re defendant's continued release and government's Oral Motion requesting home detention with GPS and conditions;**GRANTED**. APPEARANCES: Defendant Present (VTC), On Summons; Adam Alexander, AUSA; Barry Flegenheimer (VTC), CJA; Yang D. Moua, USPO. (ACW, COURT STAFF) (Entered: 08/31/2018) |
| 08/31/2018 | 11 | ORDER FOR THE PROGRESSION OF A CRIMINAL CASE as to Kenneth Currin Schuchman: Deadline to Court re: Discovery Issues is 10/5/2018. Motions due by 10/5/2018. Final Pretrial Conference set for **10/18/2018 at 11:00 AM** in Anchorage Courtroom 3 before Sharon L. Gleason. Trial by Jury set for **10/29/2018 at 08:30 AM** in Anchorage Courtroom 3 before Sharon L. Gleason. Signed by Judge Deborah M. Smith on 8/31/2018. (ACW, COURT STAFF) (Entered: 08/31/2018) |
| 08/31/2018 | 12 | ORDER Setting Conditions of Release as to Kenneth Currin Schuchman Signed by Judge Deborah M. Smith on 8/31/2018. (ACW, COURT STAFF) (Entered: 08/31/2018) |

| | | |
|---|---|---|
| 09/13/2018 | 14 | NOTICE *of Unavailability* by Kenneth Currin Schuchman (Flegenheimer, Barry) (Entered: 09/13/2018) |
| 09/14/2018 | 15 | MOTION to Continue *Trial and Pretrial Motions Due Dates (agreed and on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 09/14/2018) |
| 09/17/2018 | 16 | **DISREGARD ENTRY MADE IN THE WRONG CASE** (Entered: 09/17/2018) |
| 09/17/2018 | 17 | **SLG TEXT ORDER** as to Kenneth Currin Schuchman: By agreement of the parties the Motion to Continue Trial by Jury/Pretrial Motions (DKT 27) set for 09/18/2018 is VACATED and rescheduled to **9/17/2018 at 01:00 PM** in Anchorage Courtroom 3 before Sharon L. Gleason. cc: USM, USPO. (CME, COURT STAFF) Modified on 9/17/2018 to clarify hearing text (CME, COURT STAFF). (Entered: 09/17/2018) |
| 09/17/2018 | 18 | Minute Entry for proceedings held before Judge Sharon L. Gleason:Motion Hearing as to Kenneth Currin Schuchman held at 1:05 p.m. to 1:11 p.m. on 9/17/2018 re 15 MOTION to Continue *Trial and Pretrial Motions Due Dates (agreed and on shortened time)* filed by Kenneth Currin Schuchman is GRANTED. Court found that the ends of justice will be served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. Section 3161 (h)(7)(A);(h)(7)(B)(ii) Case is unusual or complex. Court addressed defendant re speedy trial waiver. Discovery due by 10/19/2018. Deadline to Court re: Discovery Issues is 11/2/2018. Motions due by 2/1/2019. Briefs, proposed voir dire questions and proposed jury instructions due by 4/1/2019. Final Pretrial Conference set for 3/28/2019 at 03:00 PM in Anchorage Courtroom 3 before Sharon L. Gleason; Mr. Flegenheimer may be telephonic by calling into the courtroom at (907) 677-6227. Trial by Jury set for 4/8/2019 at 08:30 AM in Anchorage Courtroom 3 before Sharon L. Gleason. Final Pretrial Conference set 10/18/2018 is VACATED. Trial by Jury set 10/29/2018 is VACATED. APPEARANCES: Adam Alexander, AUSA; Barry Flegenheimer, CJA; Defendant present, in-custody; Sonja L. Reeves, Official Court Reporter. cc: USM, USPO, JC. (CME, COURT STAFF) (Entered: 09/17/2018) |
| 10/19/2018 | 24 | MOTION For Partial Unsealing of Docket 19 by USA as to Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Alexander, Adam) (Entered: 10/19/2018) |
| 10/19/2018 | 25 | MOTION Joint Motion to Have Defendant's Interim Detention be at FDC SeaTac Pending the Pretrial Release Revocation Hearing *(Unopposed and filed on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 10/19/2018) |
| 10/19/2018 | | Notice of Arrest of Kenneth Currin Schuchman in Oregon. Defendant arrested 10/19/2018. (BJK, COURT STAFF) Modified on 10/22/2018 to crrect place of arrest. (BJK, COURT STAFF). (Entered: 10/22/2018) |
| 10/22/2018 | 26 | ORDER granting 24 Motion for Partial Unsealing as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 10/22/2018. (ELH, CHAMBERS STAFF) (Entered: 10/22/2018) |

| | | |
|---|---|---|
| 10/22/2018 | 27 | Rule 5(c)(3) Documents Received as to Kenneth Currin Schuchman. (BJK, COURT STAFF) (Additional attachment(s) added on 10/22/2018: # 1 Committment to Another District, # 2 Waiver of Rule 5 & 5.1 Hearings) NEF Regenerated.(BJK, COURT STAFF). (Entered: 10/22/2018) |
| 10/23/2018 | 28 | NOTICE *of Unavailability* by Kenneth Currin Schuchman (Flegenheimer, Barry) (Entered: 10/23/2018) |
| 10/26/2018 | 29 | ORDER denying 25 Motion for Interim Detention at SeaTac as to Kenneth Currin Schuchman. Hearing on alleged pretrial violation set for November 8, 2018 at 11:00 a.m.; defense counsel may appear telephonically. Signed by Judge Deborah M. Smith on 10/26/2018. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 10/26/2018) |
| 10/30/2018 | 30 | MOTION to Continue *the Pretrial Release Violation Hearing and to Maintain the Defendant at the Multnomah County Inverness Jail (Unopposed and filed on Shortened Time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 10/30/2018) |
| 11/01/2018 | 31 | ORDER granting 30 Motion to Continue Hearing and to Maintain Defendant at Multnomah County Inverness Jail as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 11/1/2018. (Attachments: # 1 Video Conference Contact Sheet) (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 11/01/2018) |
| 11/19/2018 | 32 | UNOPPOSED MOTION *to Transport the Defendant to the Federal Courthouse for VTC Hearing (filed on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 11/19/2018) |
| 11/19/2018 | 33 | ORDER granting 32 Unopposed Motion for Transport as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 11/19/2018. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 11/19/2018) |
| 11/29/2018 | 35 | MINUTE ENTRY for proceedings held before Judge Deborah M. Smith: Bail Review Hearing as to Kenneth Currin Schuchman held 10:16 AM to 10:39 AM on 11/29/2018. Defendant's proposed bed to bed release plan; **APPROVED.** Court ordered defendant to sign release of information. Order Setting Conditions of Release TAKEN without defendant's signature. Mr. Flegenheimer to return signed OSCR to Clerk's Office asap. Release Order to issue pending notification from USPO. APPEARANCES: Defendant present, in-custody (VTC from Multnomah County Inverness Jail); Adam Alexander, ASUA; Barry Flegenheimer, CJA (VTC from Multnomah County Inverness Jail); Travis Lyons, SUSPO; ACW, CRD. (SDW, COURT STAFF) (Entered: 12/05/2018) |
| 11/29/2018 | 36 | ORDER SETTING Conditions of Release (without defendant's signature) as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 11/29/2018. (SDW, COURT STAFF) (Entered: 12/05/2018) |
| 12/03/2018 | 37 | ORDER SETTIING CONDITIONS OF RELEASE (with deft's signature) as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 11/29/2018. (SDW, COURT STAFF) (Entered: 12/05/2018) |

| | | |
|---|---|---|
| 12/04/2018 | 34 | **ORDER OF RELEASE** as to Kenneth Currin Schuchman. Signed by Judge Timothy M. Burgess on 12/4/2018. (SDW, COURT STAFF) (Entered: 12/04/2018) |
| 01/31/2019 | 39 | MOTION to Continue *Trial (Unopposed)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) Modified on 2/1/2019 to reflect error and clarify docket type. See 2/1/2019 Docket Annotation. (BJK, COURT STAFF). (Entered: 01/31/2019) |
| 02/01/2019 | | Docket Annotation as to Kenneth Currin Schuchman: : Immediate Action Needed: Your recent electronic filing with the District of Alaska is in error: 39 MOTION to Continue *Trial and Pretrial Motions Due Dates (Unopposed)* filed by Kenneth Currin Schuchman ; Combined Documents are not allowed. [SEE D.Ak. L.R. 7.1(l)],<br><br>ACTION NEEDED: Attorney to re-file the portion Motion to Continue Pretrial Deadlines using the event Motion to Continue (BJK, COURT STAFF) (Entered: 02/01/2019) |
| 02/01/2019 | 40 | MOTION to Continue *Pretrial Deadlines (Unopposed)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 02/01/2019) |
| 02/04/2019 | 41 | DMS TEXT ORDER as to Kenneth Currin Schuchman re 40 MOTION to Continue *Pretrial Deadlines (Unopposed)*. This motion is held in abeyance pending the District Court's ruling on the Motion to Continue Trial. (ELH, CHAMBERS STAFF) (Entered: 02/04/2019) |
| 02/04/2019 | 42 | **SLG TEXT ORDER** as to Kenneth Currin Schuchman re 39 MOTION to Continue *Trial and Pretrial Motions Due Dates (Unopposed)* filed by Kenneth Currin Schuchman. Motion Hearing set for *2/14/2019 10:30 AM in Anchorage Courtroom 2 before Sharon L. Gleason. Final Pretrial Conference set 03/28/2019 is VACATED. Mr. Flegenheimer may participate telephonically by calling the Meet Me Bridge at (907) 677-6248 and enter Access Code 668160 five minutes prior to the hearing from a land line. cc: USM, USPO. (CME, COURT STAFF) Modified on 2/6/2019 to reflect the correct date as 02/14/2019. NEF regenerated.(CME, COURT STAFF). (Entered: 02/04/2019) |
| 02/07/2019 | 43 | MOTION *for Defendant's Permission to Appear Telephonically for Continuance Motion Hearing (filed on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 02/07/2019) |
| 02/08/2019 | 44 | **SLG TEXT ORDER** as to Kenneth Currin Schuchman re 43 MOTION *for Defendant's Permission to Appear Telephonically for Continuance Motion Hearing (filed on shortened time)* filed by Kenneth Currin Schuchman, is GRANTED. Hearing on Motion to Continue Trial at Docket 39 set for 02/14/2019 is VACATED and rescheduled for 2/15/2019 02:00 PM</> in Anchorage Courtroom 2 before Sharon L. Gleason. Mr. Flegenheimer *and Mr. Schuchman may call the Meet Me Bridge at (907) 677-6248 and enter Access Code 668160 five minutes prior to the hearing from a land line. cc: USM, USPO. (CME, COURT STAFF) Modified on 2/8/2019 to clarify that Mr. Schuchman is also participating telephonically. (CME, COURT STAFF). (Entered: 02/08/2019) |

| | | |
|---|---|---|
| 02/15/2019 | 46 | MINUTE ENTRY for proceedings held before Judge Sharon L. Gleason: Hearing on Motion to Continue Trial (DKT 39) as to Kenneth Currin Schuchman held 2:00 p.m. to 2:07 p.m. on 2/15/2019. Court and counsel heard re Defendant's Motion to Continue Trial 39 ;**GRANTED**. Pretrial Motions due by **5/10/2019**. Status Conference set for **5/13/2019 02:00 PM** in Anchorage Courtroom 2 before Sharon L. Gleason. Final Pretrial Conference set for **6/27/2019 at 02:00 PM** in Anchorage Courtroom 2 before Sharon L. Gleason. Trial by Jury set for 4/8/2019 is **VACATED and RESET** for **7/8/2019 at 08:30 AM** in Anchorage Courtroom 2 before Sharon L. Gleason. Court found that the ends of justice will be served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. Section 3161(h)(7)(A); and (h)(7)(B)(iv) to give reasonable time to prepare. APPEARANCES: Defendant Present (Telephonic), On Bond; Adam Alexander, AUSA; Barry Flegenheimer (Telephonic), CJA; Sonja L. Reeves, Official Court Reporter. (ACW, COURT STAFF) (Entered: 02/20/2019) |
| 02/19/2019 | 45 | MOTION to Modify Conditions of Release *(Unopposed and filed on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 02/19/2019) |
| 02/20/2019 | 47 | ORDER granting 45 Motion to Modify Conditions of Release as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 2/20/2019. (ELH, CHAMBERS STAFF) CC: USPO (Entered: 02/20/2019) |
| 02/28/2019 | 48 | Petition for Action - PS8 Request for Modification as to Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order) (Lyons, George) (Entered: 02/28/2019) |
| 02/28/2019 | 49 | RESPONSE in Opposition by USA as to Kenneth Currin Schuchman re 45 MOTION to Modify Conditions of Release *(Unopposed and filed on shortened time)* (Alexander, Adam) (Entered: 02/28/2019) |
| 02/28/2019 | 50 | ORDER as to Kenneth Currin Schuchman re 48 Petition for Action - PS8 (MJ) - Request for Modification. The modification of conditions is approved. A hearing will be held Thursday, March 7, 2019, at 1:30 PM in Anchorage Courtroom 5 to determine if the modified terms should be continued in light of the government's opposition. Counsel and defendant may appear by video. Signed by Judge Deborah M. Smith on 2/28/2019. (ELH, CHAMBERS STAFF) CC: USPO (Entered: 02/28/2019) |
| 03/04/2019 | 51 | MOTION Permission to appear telephonically for bond review hearing re 50 Order, *(joint motion and filed on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 03/04/2019) |
| 03/05/2019 | 52 | DMS TEXT ORDER as to Kenneth Currin Schuchman: At the request of the government, the time for the bail review hearing scheduled for March 7, 2019 is moved to 2:00 PM in Anchorage Courtroom 5. The motion to appear telephonically for the bond review hearing 51 is GRANTED. The parties are directed to call the Court from a land line five minutes prior to the start of the hearing at (888) 278-0296; Access Code 6370558. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 03/05/2019) |

| | | |
|---|---|---|
| 03/07/2019 | 55 | DMS TEXT ORDER as to Kenneth Currin Schuchman: Due to the unavailability of the government, the bail review hearing scheduled for March 7, 2019 at 2:00 PM is VACATED and RESET to March 8, 2019, at 2:15 PM in Anchorage Courtroom 5. The parties may appear telephonically for the hearing. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 03/07/2019) |
| 03/08/2019 | 56 | MINUTE ENTRY for proceedings held before Judge Deborah M. Smith: Bail Review Hearing as to Kenneth Currin Schuchman held 2:25 p.m. to 2:39 p.m. on 3/8/2019. Court and counsel heard re government's response in opposition 49 to defendant's Motion to Modify 45 . Arguments heard. Court directed Mr. Flegenheimer to file a Joint Status Report re progress of obtaining an appropriate residential treatment facility by **3/28/2019** APPEARANCES: Defendant Present (Telephonic), On Bond; Adam Alexander (Telephonic), AUSA; Barry Flegenheimer (Telephonic), CJA. (ACW, COURT STAFF) (Entered: 03/12/2019) |
| 03/27/2019 | 57 | STATUS REPORT *(Joint)* by Kenneth Currin Schuchman (Flegenheimer, Barry) (Entered: 03/27/2019) |
| 04/18/2019 | 58 | Petition for Action - PS8 Request No Action as to Kenneth Currin Schuchman. (Attachments: # 1 Supplement Order) (Yurkew, Jessica) (Entered: 04/18/2019) |
| 04/19/2019 | 59 | ORDER as to Kenneth Currin Schuchman re 58 Petition for Action; Request No Action. No action based on recommendation of U.S. Probation Office. Signed by Judge Deborah M. Smith on 4/18/2019. (ELH, CHAMBERS STAFF) CC: USPO (Entered: 04/19/2019) |
| 05/06/2019 | 60 | **SLG TEXT ORDER** as to Kenneth Currin Schuchman: Due to the Court's calendar the Status Conference set for 05/13/2019 is VACATED and rescheduled for **5/28/2019 10:00 AM** in Anchorage Courtroom 2 before Sharon L. Gleason.cc: USM, USPO. (CME, COURT STAFF) (Entered: 05/06/2019) |
| 05/24/2019 | 61 | MOTION Permission to Appear Telephonically for Status Conference Hearing *(filed on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 05/24/2019) |
| 05/24/2019 | 62 | ORDER granting 61 Motion to appear telephonically as to Kenneth Currin Schuchman (1). Signed by Judge Sharon L. Gleason on 5/24/19. (RMC, COURT STAFF) (Entered: 05/24/2019) |
| 05/28/2019 | 63 | MINUTE ENTRY for proceedings held before Judge Sharon L. Gleason: Status Conference as to Kenneth Currin Schuchman held 10:02 AM to 10:09 AM on 5/28/2019. Court and counsel heard re realistic trial date, status of discovery, complexity of case, and possible negotiations. Parties estimated length of trial 2 weeks. Court found excludable delay under 18 U.S.C. § 3161 (h)(7)(A) The ends of justice will be served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial; (h)(7)(B)(ii) Case unusual or complex. Defendant's Oral Motion to Appear Telephonically at the Final Pretrial Conference **GRANTED**. Counsel shall meet and confer re discovery by **7/12/2019**. Motions due by **8/16/2019**. Final Pretrial Conference set for 6/27/2019 was **VACATED** and **RESET** for **10/17/2019 at 02:00 PM** in Anchorage Courtroom 2 before Sharon L. Gleason. Trial by Jury set for 7/08/2019 was **VACATED** and **RESET** for **10/28/2019 at 08:30 AM** in Anchorage Courtroom 2 |

| | | |
|---|---|---|
| | | before Sharon L. Gleason. APPEARANCES: Defendant present, on bond (telephonic); Adam A. Alexander, AUSA; Barry Flegenheimer, CJA (telephonic); Sonja L. Reeves, Official Court Reporter. (ECB, COURT STAFF) (Entered: 05/28/2019) |
| 08/12/2019 | 64 | MOTION to Continue *Pretrial Motions Due Date (Joint Motion)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/12/2019) |
| 08/13/2019 | 65 | DMS TEXT ORDER granting 64 Joint Motion to Continue Pretrial Motions Due Date as to Kenneth Currin Schuchman. It is ORDERED that pretrial motions shall be filed on or before August 30, 2019. (ELH, CHAMBERS STAFF) (Entered: 08/13/2019) |
| 08/16/2019 | 66 | USPO Petition for Action on Conditions of Pretrial Release as to Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order) (Lyons, George) Modified on 8/16/2019 to remove security and regenerate nef. (BJK, COURT STAFF). (Entered: 08/16/2019) |
| 08/16/2019 | 67 | ORDER granting 66 USPO Petition for Action on Conditions of Pretrial Release. Matter to be scheduled for a bail review hearing on August 23, 2019 at 3:00 PM in Anchorage Courtroom 4. Upon scheduling, Clerk's office to issue summons and unrestrict access to the petition and order as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 8/16/2019. (ELH, CHAMBERS STAFF) CC: USM, USPO Modified on 8/16/2019 to remove security and regenerate nef. (BJK, COURT STAFF). (Entered: 08/16/2019) |
| 08/19/2019 | 68 | Joint MOTION Reschedule Bail Review Hearing and Permission for Telephonic Appearance re 67 Order on Petition for Action - PS8 (MJ) - Bail Review Hearing, *(filed on shortened time)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/19/2019) |
| 08/20/2019 | | Docket Annotation as to Kenneth Currin Schuchman: : Immediate Action Needed: Your recent electronic filing with the District of Alaska is in error: 68 Joint MOTION Reschedule Bail Review Hearing and Permission for Telephonic Appearance re 67 ) filed by Kenneth Currin Schuchman ; Combined Documents are not allowed. [SEE D.Ak. L.R. 7.1(e) and 5.1(f)(2)], <br><br>ACTION NEEDED: Attorney to re-file the portion Motion to Appear Telephonically using the event Motion for Miscellaneous Relief. <br><br>A review of docket indicates that this motion was filed on shortened time. Counsel did not contact the Clerk's Office as required by D.Ak. Local Civil Rule 7.3(a)(1)(A) & (B) and 7.3(a)(2). Counsel also did not file the required motion to expedite the motions above. Counsel to file the required documents before this motion will be addressed. (BJK, COURT STAFF) (Entered: 08/20/2019) |
| 08/20/2019 | 69 | MOTION to Appear Telephonically re 67 Order on Petition for Action - PS8 (MJ) - Bail Review Hearing, *(expedited consideration)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/20/2019) |

| | | |
|---|---|---|
| 08/20/2019 | 70 | MOTION to Expedite *(joint motion)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/20/2019) |
| 08/21/2019 | 71 | DMS TEXT ORDER granting 70 Motion to Expedite ruling re 69 Motion to Appear Telephonically as to Kenneth Currin Schuchman. (ELH, CHAMBERS STAFF) (Entered: 08/21/2019) |
| 08/21/2019 | 72 | USPO Amended Petition for Action on Conditions of Pretrial Release as to Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order) (Lyons, George) Modified on 8/23/2019 to remove security and regenerate nef. (BJK, COURT STAFF). (Entered: 08/21/2019) |
| 08/21/2019 | 73 | DMS TEXT ORDER granting in part and denying in part 69 Joint Motion to Reschedule Bail Review Hearing and Permission to Appear Telephonically at Hearing as to Kenneth Currin Schuchman. The motion to reschedule the bail review hearing is GRANTED. The bail review hearing set for 8/23/2019 at 3:00 PM is VACATED and RESET to 8/27/2019 at 10:00 AM in Anchorage Courtroom 4. The motion to appear telephonically is DENIED. The defendant must appear personally. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 08/21/2019) |
| 08/22/2019 | 74 | DMS TEXT ORDER as to Kenneth Currin Schuchman: At the request of defense counsel, the time for the bail review hearing scheduled for 8/27/2019 is reset to 3:00 PM the same day in Anchorage Courtroom 4 before Deborah M. Smith. (ELH, CHAMBERS STAFF) CC:USM, USPO (Entered: 08/22/2019) |
| 08/22/2019 | 75 | ORDER granting 72 USPO Petition for Action on Conditions of Pretrial Release. Matter is scheduled for bail review hearing on August 27, 2019 at 3:00 PM. Upon scheduling, Clerk's office to unrestrict access to the petition and order as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 8/22/2019. (ELH, CHAMBERS STAFF) Modified on 8/23/2019 to remove security and regenerate nef. (BJK, COURT STAFF). (Entered: 08/22/2019) |
| 08/22/2019 | 76 | MOTION Defendant's Non-custodial Transportation for Bail Review Hearing re 73 Order on Motion for Miscellaneous Relief, 74 Order, *(expedited consideration)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/22/2019) |
| 08/22/2019 | 77 | MOTION to Expedite by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/22/2019) |
| 08/22/2019 | 78 | DMS TEXT ORDER granting 77 Motion for Expedited Consideration as to Kenneth Currin Schuchman re 76 Motion for Non-custodial Transportation for Bail Review Hearing. (ELH, CHAMBERS STAFF) (Entered: 08/22/2019) |
| 08/22/2019 | 79 | ORDER granting 76 Motion for Non-Custodial Transportation as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 8/22/2019. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 08/22/2019) |
| 08/27/2019 | 80 | DMS TEXT ORDER as to Kenneth Currin Schuchman: Due to the unavailability of the defendant, the time for the bail review hearing scheduled for August 27, 2019 is RESET to begin at 3:30 PM in Anchorage Courtroom 4 before Deborah M. Smith. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 08/27/2019) |

| | | |
|---|---|---|
| 08/27/2019 | 83 | MINUTE ENTRY for proceedings held before Judge Deborah M. Smith: Bail Review Hearing as to Kenneth Currin Schuchman held 3:39 p.m. to 4:19 p.m. on 8/27/2019. Court and counsel heard re defendant's actions on pretrial release 66 . Arguments heard. Court ordered defendant's detention. Defendant remanded to the custody of the U.S. Marshals. APPEARANCES: Defendant present, On Bond; Adam Alexander, AUSA; Catherine Alden Pelker, AUSA; Barry Flegenheimer, CJA; Travis Lyons, USPO; Lauren Davenport (Telephonic), USPO. (ACW, COURT STAFF) (Entered: 08/30/2019) |
| 08/27/2019 | 84 | ORDER OF DETENTION as to Kenneth Currin Schuchman Signed by Judge Deborah M. Smith on 8/27/2019. (ACW, COURT STAFF) (Entered: 08/30/2019) |
| 08/29/2019 | 81 | NOTICE OF INTENT TO CHANGE PLEA as to Kenneth Currin Schuchman (Flegenheimer, Barry) (Entered: 08/29/2019) |
| 08/29/2019 | 82 | **SLG TEXT ORDER** as to Kenneth Currin Schuchman: re 81 Notice of Intent to Change Plea, 2 Indictment. Proposed Change of Plea Hearing set for **9/3/2019 at 01:00 PM** in Anchorage Courtroom 2 before Sharon L. Gleason. Mr. Flegenheimer to call the Meet Me Bridge at (907) 677-6248 and enter Access Code 668160. cc: USM, USPO (CME, COURT STAFF) (Entered: 08/29/2019) |
| 08/30/2019 | 85 | MOTION for Release from Custody *(unopposed and expedited consideration)* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/30/2019) |
| 08/30/2019 | 86 | MOTION to Expedite by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 08/30/2019) |
| 09/03/2019 | 87 | DMS TEXT ORDER granting 86 Motion for Expedited Consideration as to Kenneth Currin Schuchman re 85 Unopposed Motion for Release for Entry into Residential Treatment and Authorization for CJA Funding for Non-Custodial Transportation. (ELH, CHAMBERS STAFF) (Entered: 09/03/2019) |
| 09/03/2019 | 88 | ORDER granting 85 Unopposed Motion for Release from Custody for Entry Into Residential Treatment and Authorization for CJA Funding for Non-Custodial Transportation as to Kenneth Currin Schuchman. Signed by Judge Deborah M. Smith on 9/3/2019. (ELH, CHAMBERS STAFF) CC: FPD (CJA Administrator), USPO (Entered: 09/03/2019) |
| 09/03/2019 | 89 | PLEA AGREEMENT as to Kenneth Currin Schuchman (Alexander, Adam) (Entered: 09/03/2019) |
| 09/03/2019 | 90 | SEALED PLEA AGREEMENT ADDENDUM as to Kenneth Currin Schuchman (Alexander, Adam) (Entered: 09/03/2019) |
| 09/03/2019 | 91 | Minute Entry for proceedings held before Judge Sharon L. Gleason:Change of Plea Hearing as to Kenneth Currin Schuchman held at 1:23 p.m. to 1:57 p.m. on 9/3/2019.Defendant sworn, verified name, age 21, advised of general rights, charges and penalties. Court and counsel heard re plea agreement. Defendant pled GUILTY to count 1 of the Indictment, Count 2 to be DISMISSED at sentencing. Court accepted plea, referred to P.O. for Presentence Report and reserved acceptance of the plea agreement. Imposition of Sentence set for **11/21/2019 at** |

| | | |
|---|---|---|
| | | **01:30 PM** in Anchorage Courtroom 2 before Sharon L. Gleason. Final Pretrial Conference set 10/17/2019 is VACATED. Trial by Jury set 10/28/2019 is VACATED. Court and counsel heard re defendant to be released to fly to Portland, Oregon to participate in a treatment program. Mr. Flegenheimer will be requesting that the USM/or CJA funds be used to fly the defendant back up for the sentencing, Court ordered that a motion be filed with the court.<br><br>Pursuant to Fed. R. Crim. P. 32(f) within 14 days after receiving the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report. An objecting party must provide a copy of its objections to the opposing party and to the probation officer.<br><br>NOTICE: No less than seven (7) days prior to the sentencing date, each party shall file a written sentencing memo pursuant to D.AK 32.1(d) and serve opposing counsel and the probation officer.APPEARANCES: Adam Alexander, AUSA; Barry Flegenheimer, CJA; Defendant present, in-custody; John Schroeder-telephonic, USPO; Sonja L. Reeves, Official Court Reporter. cc: USM, USPO, Jury Clerk (CME, COURT STAFF) (Entered: 09/03/2019) |
| 09/03/2019 | 93 | ORDER of Release as to Kenneth Currin Schuchman (BJK, COURT STAFF) (Entered: 09/03/2019) |
| 10/03/2019 | 94 | Joint MOTION to Continue *Sentencing* by Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order)(Flegenheimer, Barry) (Entered: 10/03/2019) |
| 10/07/2019 | 95 | **SLG TEXT ORDER** as to Kenneth Currin Schuchman: re 94 Joint MOTION to Continue *Sentencing* filed by Kenneth Currin Schuchman, is GRANTED. Imposition of Sentence set for 11/21/2019 is VACATED and rescheduled to **1/17/2020 at 03:00 PM** in Anchorage Courtroom 2 before Sharon L. Gleason. cc: USM, USPO (CME, COURT STAFF) (Entered: 10/07/2019) |
| 10/15/2019 | 96 | USPO Petition for Action on Conditions of Pretrial Release as to Kenneth Currin Schuchman. (Attachments: # 1 Proposed Order) (Lyons, George) Modified on 11/22/2019 to remove security and regenerate nef. (BJK, COURT STAFF). (Entered: 10/15/2019) |
| 10/16/2019 | 97 | ORDER on Petition for Arrest Warrant for Offender as to Kenneth Currin Schuchman 96 . Clerk to issue Warrant of Arrest. The Petition for action is referred to the U.S. Magistrate Judge for pretrial release matters. Signed by Judge Sharon L. Gleason on 10/16/2019. cc: USM, USPO (CME, COURT STAFF) Modified on 11/22/2019 to remove security and regenerate nef. (BJK, COURT STAFF). (Entered: 10/16/2019) |
| 11/22/2019 | | Notice of Arrest of Kenneth Currin Schuchman in Oregon. Defendant arrested 11/21/2019. (BJK, COURT STAFF) (Entered: 11/22/2019) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 11/22/2019 08:43:36 | | | |
|---|---|---|---|
| **PACER Login:** | ux4722:4106401:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cr-00095-SLG-DMS |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |